NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

NO. 29664

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

WAYNE MORI CROWELL, Petitioner-Appellant,
v.
STATE OF HAWAI'I, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P.P. NO. 08-1-0008, CR NO. 57156)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Summary Disposition Order, filed on May 28, 2010, is hereby corrected as follows:

On page 2, in the fourth line of Section II., the word "as" should be corrected to read "was" so that as corrected, the text reads as follows: "under which he was sentenced, . . . ."

The clerk of the court is directed to incorporate the foregoing change in the original opinion and take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, June 24, 2010.

FOR THE COURT:

Chief Judge

---

[1] Nakamura, Chief Judge, Foley, and Leonard, JJ.